AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Tristan Chandler Stevens

)
)
)
)
)
)
)
)

Case: 1:21-mj-00198
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/3/2021
Description: COMPLAINT W/ARREST WARRANT

**Date of Birth:** 12/20/1995

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 118 U.S.C. § 111(b) | Assaulting, resisting, or impeding certain officers or employees; |
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. § 1752(a) & (b) | Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Steven A. Weatherhead, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:53:34 -05'00'

Date: ___02/03/2021___

*Judge's signature*

City and state: ___Washington, D.C.___   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

Case 1:21-mj-00198-GMH *SEALED* Document 1-4 (Court only) Filed 02/05/21 Page 2 of 5
Case 3:21-mj-00030-HTC Document 14 Filed 02/05/21 Page 22 of 51   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00198 |
| Tristan Chandler Stevens | ) | Assigned to: Judge Harvey, G. Michael |
| | ) | Assign Date: 2/3/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            Tristan Chandler Stevens                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

Date: __02/03/2021__

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:52:16 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____          _____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Tristan Chandler Stevens

Known aliases:

Last known residence: 5411 Saufley Field Rd, Pensacola, FL 32526

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 904-457-1911

Place of birth:

Date of birth: 12/20/1995

Social Security number: 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

Height:     Weight:

Sex: M     Race: White

Hair: Black     Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: Federal Bureau of Investigation WFO

Investigative agency address: 601 4th St NW Washington, D.C. 20009

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES MAGISTRATE JUDGE
# U.S. DISTRICT COURT BUILDING
# WASHINGTON, D.C.

PLEASE ISSUE: <u>ARREST WARRANT</u>

warrant for: Tristan Chandler Stevens

**DOB:** 12/20/1995     **PDID:** _____

Violation: ☒ U.S.C.     ☐ D.C.C.

Charges: 118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

/s/ Melissa Jackson

Assistant United States Attorney

**Date:** 2/3/2021

**Phone:** (202) 252-7786

**Email:** Melissa.Jackson@usdoj.gov

**Bond:** _____

COMPLETE FOR ALL ARREST WARRANTS:

*The following information <u>must</u> be provided for <u>ALL</u> arrest warrants and an **original** and **duplicate** of this form must be submitted to the Clerk's Office with the warrant papers.*

Officer/Agent Title: Special Agent     Officer/Agent Name: Steven A. Weatherhead

Badge Number: 21786

Agency / Unit: Federal Bureau of Investigation WFO

Agent / Officer 24hr Telephone number:  (202) 684-5773

Case 1:21-mj-00198-GMH Document 1-1 Filed 02/05/21 Page 1 of 1
Case 3:21-cv-00030-HDC Document 11 Filed 02/05/21 Page 25 of 25


# MAGISTRATE JUDGE COVER SHEET

Date: 2/3/2021

Case: 1:21-mj-00198
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/3/2021
Description: COMPLAINT W/ARREST WARRANT

(THIS SECTION TO BE COMPLETED BY THE U.S. ATTORNEY'S OFFICE ONLY)

Defendant #1: Tristan Chandler Stevens
DOB: 12/20/1995
PDID:
REG. NUM.:

Defendant #2:
DOB:
PDID:
REG. NUM.:

Defedant #3:
DOB:
PDID:
REG. NUM.:

Defendant #4:
DOB:
PDID:
REG. NUM.:

Defendant #5:
DOB:
PDID:
REG. NUM.:

Defendant #6:
DOB:
PDID:
REG. NUM.:

Defendant #7:
DOB:
PDID:
REG. NUM.:

Defendant #8:
DOB:
PDID:
REG. NUM.:

Defendant #9:
DOB:
PDID:
REG. NUM.:

Defendant #10:
DOB:
PDID: REG. NUM.:

Complaint in violation of:
(U.S. Code and charges)
118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

## COVER SHEET

TAPE: _____        MAGISTRATE JUDGE: _____

LINES: _____       SAUSA: _____

INDIGENCY: _____   CJA APPOINTMENT: _____   ATTY: _____

P.H. _____

PR CAUTION: _____  LITERATE: _____   BOND: _____