UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No.  3:21-mj-30/HTC                           Date:  February 5, 2021
                                                   Time: 1:00 p.m. - 1:14 p.m.

DOCKET ENTRY: INITIAL APPEARANCE ON A COMPLAINT IN ANOTHER DISTRICT

PRESENT:
| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| Jeffrey Tharp | Asst. U. S. Attorney |
| Randall Lockhart, | Defense Attorney |
| None, | Interpreter |
| Kailey Minnick, | Probation Officer |

**Name of Defendant:  TRISTAN CHANDLER STEVENS**, Warrant from District of Columbia
☒ Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that he/she is before a United States Magistrate Judge.

☒  Defendant advised of alleged charge(s) against him/her.

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of his/her right to hire counsel or have counsel appointed.

☒  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒  Defendant appointed the services of the Federal Public Defender in PNS for limited purpose of IA and hearings in this district.    (see separate order)

☐  Defendant declined to complete CJA Form 23, and was advised that should he subsequently change his mind, he should file a CJA 23 with Clerk of Court.

☐  Defendant advised he will hire his own counsel.

☒  Defendant advised of his right to reasonable bail.

☒  Government moves for detention by oral motion.

☐  Defendant advised and **WAIVED** the Detention Hearing, identity hearing and preliminary hearing in this district.

☒  Detention hearing and preliminary hearing (as applicable) set for Wednesday, February 10,

3:21-mj-30/HTC

2021 by separate order and defendant temporarily detained.  Defendant waived an identity hearing.

☐  Defendant committed to the Click or tap here to enter text., by separate order.

☐  Initial Appearance hearing set for Click or tap to enter a date. before Judge Click or tap here to enter text. at Click or tap here to enter text.

☐  Defendant released on conditions and directed to voluntarily appear at the initial appearance hearing set forth above.


Filed in open court
February 5, 2021
Deputy Clerk: kli

3:21-mj-30/HTC