UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

ORDER

Defendant having appeared before the Court, and having been examined by the undersigned, and the Court having determined from the sworn testimony of the Defendant that said Defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this Defendant and serve as counsel of record for the limited purpose of handling proceedings in this District.  Further proceedings will be held before the United States District Court AS DIRECTED.  If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.  The pretrial

service officer is hereby authorized to provide copies of the Defendant's criminal history to both parties.

**DONE** and **ORDERED** on February 5, 2021.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**