## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                                                             CASE NO.   3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

### NOTICE OF HEARING

**TAKE NOTICE** a proceeding in this case has been scheduled for the place, date and time set forth below:

**Place:**  United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Location:**  Courtroom 3N (3rd Floor)

**Date:**  February 10, 2021

**Time:**  3:30 p.m.

**Proceeding:**  RULE 5 DETENTION HEARING and PRELIMINARY HEARING before the Honorable Hope T. Cannon, U.S. Magistrate Judge

**NOTE:** If you or any party, witness or attorney in this matter have a disability which requires special accommodation, such as a hearing impairment requiring a sign-language interpreter or a wheelchair restriction requiring ramp access, please contact the Office of the Clerk of Court at least one week prior to the hearing (or as soon as possible) so arrangements may be made.

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

February 5, 2021                               **/s/** *Keri Igney*
DATE:                                                 Deputy Clerk

Copies furnished to:

Counsel of Record
U.S. Marshal
U.S. Probation Office
Court Security