UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the government, it is **ORDERED** that a detention hearing is set for **February 10, 2021, at 3:30 p.m.**, before United States Magistrate Judge Hope T. Cannon in the **Third Floor North Courtroom** at the United States Courthouse, 1 N. Palafox Street, Pensacola, Florida.[1]  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date:  February 5, 2021

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* 18 U.S.C. § 3142.