# United States District Court

Criminal Minutes – Detention/Preliminary Hearing

| **Time Commenced** | 3:27 p.m. | **Case No.** | 3:21-mj-30/HTC |
|---|---|---|---|
| **Time Concluded** | 3:55 p.m. | **Date** | February 10, 2021 |

**PRESENT:**

HONORABLE    HOPE T. CANNON    UNITED STATES MAGISTRATE JUDGE

| Jeffrey Tharp | Kailey Minnick | Julie Wycoff | Keri Igney |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| **U.S.A. vs. DEFENDANT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1) **TRISTAN CHANDLER STEVENS** | (1) Randall Lockhart, AFPD |
| ✓ Present  ✓ Custody   O/R | ✓ Present  ✓ Appointed   Retained |

**DOCKET ENTRY: DETENTION and PRELIMINARY HEARING as to DEFENDANT TRISTAN CHANDLER STEVENS. RULE 5 PROCEEDINGS.** Government's presentation for Probable Cause. Defense does not contest a finding of probable cause. Government moves for detention. Defense argues for release. Court rules Defendant shall be released. Conditions are imposed. See *Order Setting Conditions of Release* filed separately.

Defendant shall appear before Magistrate Judge Robin Meriweather in the District of Columbia, February 18, 2021 at 1:00 p.m. ET. Instructions to attend by ZOOM provided to Defendant, Defendant's counsel, U.S. Probation.

Government's Exhibit 1 shall be maintained in secure storage within the Clerk's office.

| | |
|---|---|
| 3:27 p.m. | Court in session: Probable Cause and Detention Hearing. |
| | Government advises the basis for detention. |
| | Government moves to admit Government's Exhibit 1 – Video evidence. |
| | No objection from Defense. |
| | Exhibit 1 is admitted. |
| | Government publishes video. Copy provided to the court on disk. |
| | Government asks the Court to adopt the Affidavit as part of the probable cause. |
| 3:37 p.m. | Defense has no contest of probable cause. |
| | Government moves for detention. |
| 3:38 p.m. | Defense refers the court to the pretrial services report. |
| 3:38 p.m. | Government's argument for detention. |
| 3:40 p.m. | Defense argument for release. |
| 3:48 p.m. | Court's ruling: Defendant shall be released under conditions of release. Order Setting Conditions of Release signed by Defendant. A hearing is scheduled for Defendant in the District of Columbia, Magistrate Judge Robin Meriweather, February 18, 2021 at 1:00 p.m. ET. Zoom instructions provided to Defendant, Defendant's Counsel, and Probation under separate cover. |
| 3:55 p.m. | Court is adjourned. |

**Filed in open Court**
**February 10, 2021**
**Deputy Clerk: kli**