UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-mj-30/HTC

TRISTAN CHANDLER STEVENS
_____/

ORDER OF RELEASE ON CONDITIONS

The Court conducted a detention hearing in this matter on February 10, 2021. The Government's motion to detain is denied after hearing. Defendant will be immediately released from custody and will be released subject to the terms and conditions separately set out in the Order Setting Conditions of Release.

DONE AND ORDERED this 10th day of February 2021.

/s/ *Hope Thai Cannon*
**Hope Thai Cannon**
**UNITED STATES MAGISTRATE JUDGE**