

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# MEMORANDUM

**UNITED STATES OF AMERICA**

-vs-

**TRISTAN CHANDLER STEVENS**

**District of Columbia Case No:**
**1:21-mj-00198**

---

DATE:       February 12, 2021

**Your Case No.:** 1:21-mj-00198

TO:         United States District Court
            District of Columbia
            333 Constitution Avenue N.W.
            Washington, DC 20001

FROM:       Keri Igney,  Courtroom Deputy for
            Hope T. Cannon, United States Magistrate Judge
            United States Courthouse
            One North Palafox Street
            Pensacola, Florida 32502

**SUBJECT:**    **Rule 5 Proceedings**

The above-styled case originated in your division.  Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: February 5, 2021
CHARGING DOCUMENT: Criminal Complaint/Arrest Warrant
CJA23; Appointment of Federal Public Defender for limited purposes
Waiver of Rule 5 Hearing: Identity Hearing waived.
Detention Hearing February 10, 2021
Preliminary Hearing February 10, 2021
Order Setting Conditions of Release
Order of Release with order to appear before Magistrate Judge Robin Meriweather February 18, 2021 at 1:00 p.m.   Zoom instructions provided to Defendant and Defendant's counsel.

Please sign and return a copy of this memorandum to confirm receipt.

Received: _____