

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# MEMORANDUM

UNITED STATES OF AMERICA

-vs-

TRISTAN CHANDLER STEVENS

**District of Columbia Case No:**
**1:21-mj-00198**

---

DATE: February 12, 2021

**Your Case No.:** 1:21-mj-00198

TO: United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

FROM: Keri Igney, Courtroom Deputy for
Hope T. Cannon, United States Magistrate Judge
United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**SUBJECT:** **Rule 5 Proceedings**

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: February 5, 2021
CHARGING DOCUMENT: Criminal Complaint/Arrest Warrant
CJA23; Appointment of Federal Public Defender for limited purposes
Waiver of Rule 5 Hearing: Identity Hearing waived.
Detention Hearing February 10, 2021
Preliminary Hearing February 10, 2021
Order Setting Conditions of Release
Order of Release with order to appear before Magistrate Judge Robin Meriweather February 18, 2021 at 1:00 p.m.  Zoom instructions provided to Defendant and Defendant's counsel.

Please sign and return a copy of this memorandum to confirm receipt.

Received: _____[signature]_____ 2/25/2021

FILED USDC FLND PN
MAR 4 '21 PM1:47

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Keri Igney - Courtroom Deputy for
Hope T. Cannon, US Migistrate Judge
United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

RECEIVED MAR 04 2021